# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER L. WILD d/b/a ALEX WILD PHOTOGORAPHY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PEARCE PEST CONTROL, INC.,<br><br>　　　　Defendant. | Case No.: 1:15-cv-01877 --- JLT<br><br>ORDER CLOSING CASE<br><br>(Doc. 5) |

　　　　On January 15, 2015, Plaintiff filed a notice of voluntary dismissal of the entire action. (Doc. 5) The notice relies upon Rule 41 of the Federal Rules of Civil Procedure, under which "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A).  Once such a notice has been filed, an order of the Court is not required for the dismissal.  Fed. R. Civ. P. 41(a)(1)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

///

///

///

1  Here, no other party has appeared in this action. Thus, the Clerk of Court is **DIRECTED** to
2  close this action in light of the notice of dismissal without prejudice filed and properly signed pursuant
3  to Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated: **January 19, 2016**                    /s/ Jennifer L. Thurston
                                               UNITED STATES MAGISTRATE JUDGE